**Order entered April 20, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01214-CV

**LORIANNE JENAE WOLF, Appellant**

**V.**

**JOHN ROBERT NYGARD, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-16-0756**

### ORDER

Before the Court is appellant's April 16, 2020 unopposed fourth motion for an extension of time to file her brief on the merits. The parties' previously scheduled mediation has been delayed to June 8, 2020. In light of this delay, we **GRANT** the motion and extend the time for appellant to file her brief to **June 23, 2020**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE